UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

STEVE BOLLERS JR.,

                        Plaintiff,                  **ORDER**

        -against-

                                               14-CV-5050 (JG)(LB)

DEPARTMENT OF CORRECTIONS OBCC,

                        Defendant.
-----------------------------------------------------------X

JOHN GLEESON, United States District Judge:

        On August 22, 2014, plaintiff Steve Bollers, Jr., who was then detained at Bellevue Hospital, filed this *pro se* action alleging that he was sprayed with mace at Rikers Island on July 6, 2014. Bollers's submission did not include the requisite filing fee or *in forma pauperis* ("IFP") application and the Prisoner Authorization form. By letter dated August 26, 2014, Bollers was provided with the proper forms and instructed that in order to proceed, he must either pay the $400 filing fee or return the completed IFP application and the Prisoner Authorization form within 14 days from the date of the letter. Bollers did not respond to the Court's letter. Because it appeared from New York City Department of Correction records that he had been moved to Rikers Island, Bollers was given 14 additional days to submit either the filing fee or his request to proceed IFP with the Prisoner Authorization form; a copy of the Order was mailed to Bollers's address at Rikers. Plaintiff has not responded to the Order and the time for doing so has passed.

        Accordingly, the action is dismissed without prejudice. The Clerk of Court is respectfully requested to enter judgment and to mail this order to the address of record and to: Mr. Steve Bullers, #888-13-00344, AMKC, 18-18 Hazen Street, East Elmhurst, NY

1

11370.[1]  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal.  *Isasi v. U.S. Gov.*, 112 F. App'x. 120, 121 (2d Cir. 2004).

SO ORDERED.

                                                                                                          _____

                                                                                                          John Gleeson
                                                                                                          United States District Judge

Dated:        December 2, 2014
                Brooklyn, New York

---

[1] A search of the plaintiff's inmate number reveals contact information for "Steve Bullers" as opposed to "Steve Bollers." *See* <u>Inmate Lookup</u>, NYC Department of Correction, http://a073-ils-web.nyc.gov/inmatelookup/ils/pages/common/find.jsf (last visited Nov. 18, 2014).